# UNITED STATES DISTRICT COURT

for the

Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Information associated with Skype accounts/identifiers (SUBJECT ACCOUNTS), as further described in Attachment A

Case No. MJ26-401

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference

located in the Western District of Washington, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor |
| 18 U.S.C. §§ 2423(b), (c) | Travel with Intent to Engage in Illicit Sexual Conduct; Engaging in Illicit Sexual Conduct in a Foreign Place |

The application is based on these facts:

See affidavit of Department of the Army Criminal Investigation Division Special Agent Andrew Kley, continued on the attached sheet.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ________) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

KLEY.ANDREW.PATRICK.1034837305 Digitally signed by KLEY.ANDREW.PATRICK.1034837305 Date: 2026.06.29 17:21:59 +02'00'

*Applicant's signature*

Andrew P. Kley, Special Agent, DA CID

*Printed name and title*

This warrant is presented: ☑ by reliable electronic means ☐ telephonically recorded ☐ in person.

Date: June 30, 2026

*Judge's signature*

City and state: Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge

*Printed name and title*

USAO: 2026R00750

**AFFIDAVIT**

STATE OF WASHINGTON )
) ss
COUNTY OF KING )

I, Andrew P. Kley, a Special Agent (SA) of the Department of the Army (DA) Criminal Investigation Division (CID), United States Department of Defense, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

**1.** I am currently assigned to the Wiesbaden Resident Agency (CID), USAG-Wiesbaden (USAG-W), Europe Field Office (EFO), as a Special Agent and have been employed in an investigative capacity by the United States Army since 2018. I have conducted law enforcement operations as a Federal Agent for 8 cumulative years of Law Enforcement experience. I am responsible for the investigation of all felony criminal acts, in which the United States Army has an interest. I have participated individually or as part of a team in working numerous investigations pertaining to Sexual Assault, Abusive Sexual Contact, Child Pornography, Death, Drug crime and other criminal investigations during my service with the DACID. I have gained training through the CID Special Agent's Course, Special Victim's Capability Course, Domestic Violence Intervention Training, and other various courses on the conduct of criminal investigations at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA. During that time, I received training in sexual assault investigations, including material regarding child sexual assault and abuse. Since then, I have been involved in many child exploitation investigations and have assisted federal and state partners during their investigations. I have become familiar with ways that child pornography is shared, distributed, and/or produced, including the use of various social media websites (Facebook, Twitter, Snap



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

Chat, Discord, Skype, etc.), "cloud" based storage, and peer-to-peer (P2P) networks. Often, individuals involved in child exploitation will collect or store images and/or videos on various media devices they keep at their residences, or in offsite locations such as "cloud" based storage. I have also become familiar with jargon or slang terms that people involved in child exploitation will use to discuss their activities. I have participated in and conducted investigations of violations under the UCMJ and U.S. Penal Code.

**2.** I have worked with agents involved in numerous investigations involving the sexual exploitation of children or the distribution, receipt, and possession of child pornography. I have participated in searches of premises and assisted in gathering evidence pursuant to search warrants, including search warrants in multiple child pornography investigations. I have participated in interviews of persons who possess, distribute, and produce child pornography.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. I make this affidavit in support of an application for a search warrant for information associated with certain Microsoft accounts that are stored at premises owned, maintained, controlled, or operated by Microsoft Corporation, USA. ("Microsoft"), an electronic communications service and/or remote computing service provider headquartered at 1 Microsoft Way, Redmond, WA 98052. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Microsoft to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account.

5. Based on the information set forth below, there is probable cause to believe that violations or attempted violations of 18 U.S.C. § 2422(b) (Enticement of a Minor),



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

18 U.S.C. §§ 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct) and 2423(c) (Engaging in Illicit Sexual Conduct in a Foreign Place) have been committed by Theodore R. ALTIZER (AKA "John BRAMMER"). And there is probable cause to search the information described in Attachment A for evidence of these crimes further described in Attachment B.

## PROBABLE CAUSE

6. In August 2022, Homeland Security Investigations (HSI) cooperated with international law enforcement partners to target Live Distance Child Abuse (LDCA), or sexual abuse of minors, via livestreaming from the Philippines. The objective was to fight the sexual abuse of children via livestreaming in the Philippines.

7. In June 2025, HSI issued summons to Microsoft for 2,000 identified Skype accounts connected to a suspected trafficker of LDCA. This included SkypeID: live:cid.6cb4ae23d6361ad0 (the SUBJECT USER), which has since been linked to ALTIZER.

8. As part of this investigation, I obtained copies of Skype chats between the SUBJECT USER and Skype ID: live:bf0d25395a59f936 (the FACILITATOR) in which the two discussed sexually abusing a minor.

9. IP address information for the SUBJECT USER indicated he was accessing Skype from Germany, and the case was referred to German Federal Police. Through further investigation, German authorities determined that the SUBJECT USER was Theodore ALTIZER, a U.S. Army civilian employee stationed in Germany. Records provided by Microsoft also showed that the following phone and email were linked to the SUBJECT USER's skype account: +4917664686883 and traltizer@gmail.com.

10. German law enforcement provided Skype records for the SUBJECT USER to me, including chat messages between SUBJECT USER and FACILITATOR from August 2022. SUBJECT USER, using the alias handle "John BRAMMER", discussed traveling to the Philippines and sexually abusing a minor to which the FACILITATOR purportedly had access.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

11. In addition to the chats themselves, I received copies of images exchanged between FACILITATOR and SUBJECT USER. SUBJECT USER sent FACILITATOR two photos of an adult male's erect penis. And FACILITATOR sent SUBJECT USER three photos of an unidentified minor female.

12. The photographs corresponded to five specific timestamps in the chat log. Due to technological limitations, however, the photographs could not be specifically identified with the individual timestamps of files exchanged. HSI maintained original files in their investigation. However, the photographs were exchanged in the chat, wherein the subject matter of the texts directly correlated to the photographs. I have included excerpts of chats between FCILITATOR and the SUBJECT USER below:

| Person | Message | Message Sent (UTC) |
| --- | --- | --- |
| SUBJECT USER | Can I see your hot little girl bb? | 8/11/2022 22:12 |
| SUBJECT USER | I'll send you my cock too | 8/11/2022 22:12 |
| FACILITATOR | <OriginalName v="276306925_134074575813792_5341175661763099545_n.jpg "></OriginalName><FileSize v="9789"></FileSize><meta type="photo" originalName="276306925_134074575813792_5341175661763099545_n.jpg"></meta></URIObject>  | 8/11/2022 22:14 |



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| SUBJECT USER | Mm hot bb...can I cum on her face? | 8/11/2022 22:14 |
| SUBJECT USER | <OriginalName v="1660256163929.JPEG"></OriginalName><FileSize v="36189"></FileSize><meta type="photo" originalName="1660256163929.JPEG"></meta></URIObject><br> | 8/11/2022 22:16 |
| FACILITATOR | wow fuck so big mmmm | 8/11/2022 22:16 |
| FACILITATOR | and hard | 8/11/2022 22:16 |
| SUBJECT USER | I want to put that in both your mouths mmm | 8/11/2022 22:16 |
| FACILITATOR | shiitt ,my nerves is sahking now seeing taht yummy cock | 8/11/2022 22:17 |
| FACILITATOR | more pics bb | 8/11/2022 22:17 |
| SUBJECT USER | </OriginalName><FileSize v="42702"></FileSize><meta type="photo" originalName="1660256250169.JPEG"></meta></URIObject><br> | 8/11/2022 22:17 |
| FACILITATOR | ohh shit look at taht cock mmm so yummy | 8/11/2022 22:18 |
| SUBJECT USER | Got more of her bb? | 8/11/2022 22:18 |
| FACILITATOR | </OriginalName><FileSize v="12782"></FileSize><meta type="photo" originalName="274542382_127489259805657_8502024475812559245_n.jpg"></meta></URIObject><br> | 8/11/2022 22:19 |
| SUBJECT USER | Can I fuck you girls without a condom bb? | 8/11/2022 22:19 |
| FACILITATOR | <OriginalName v="278968839_143127234908526_2182825317648684196_n.jpg"></OriginalName><FileSize v="111291"></FileSize><meta type="photo" originalName="278968839_143127234908526_2182825317648684196_n.jpg"></meta></URIObject> | 8/11/2022 22:20 |



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| |  | |
| SUBJECT USER | I want to pee on her too | 8/11/2022 22:20 |
| FACILITATOR | sure bb u can do whatever u want | 8/11/2022 22:21 |
| SUBJECT USER | Hold her while I fuck her tight little ass | 8/11/2022 22:23 |
| SUBJECT USER | Has she already sucked cock bb? | 8/11/2022 22:24 |

13. The SUBJECT USER also told FACILITATOR he planned to travel to the Philippines and sexually abuse this minor. I include experts of that conversation below:

| Person | Message | Message Sent (UTC) |
|---|---|---|
| SUBJECT USER | Do you meet customers bb? | 8/11/2022 22:17 |
| FACILITATOR | want to meet us? | 8/11/2022 22:17 |
| SUBJECT USER | Yeah...coming to Philippines again in September | 8/11/2022 22:17 |
| FACILITATOR | ohh next month? | 8/11/2022 22:18 |
| FACILITATOR | we loves that | 8/11/2022 22:20 |
| FACILITATOR | we cna feel ur skin | 8/11/2022 22:20 |
| FACILITATOR | we make u very happy andsatisfied | 8/11/2022 22:21 |
| FACILITATOR | where uw ant to uck ass? i mean what place? | 8/11/2022 22:21 |
| FACILITATOR | we love to explore things bb | 8/11/2022 22:21 |
| SUBJECT USER | I can travel wherever I know manila cebu AC makati... | 8/11/2022 22:22 |
| FACILITATOR | u lovehiking bb? | 8/11/2022 22:22 |
| FACILITATOR | we cnclimd mountains with here and we fuck in the forest | 8/11/2022 22:22 |
| SUBJECT USER | Mm hot bb yeah | 8/11/2022 22:22 |
| SUBJECT USER | Hold her while I fuck her tight little ass | 8/11/2022 22:23 |

14. On 17 Apr 26, I learned ALTIZER had received new relocation orders to the Republic of Korea.

15. In April 2026, I obtained travel records for ALTIZER which revealed he has not previously declared traveling to the Philippines.

16. In May 2026, ALTIZER left Germany to take on a new work assignment at a U.S. military base in Korea.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

17. In April 2026, I submitted a preservation request to Microsoft for the preservation of available records associated with the SUBJECT USER and the FACILITATOR.

18. In June 2026, HSI provided subscriber information for the SUBJECT USER that included the subscriber name John BRAMMER.

19. In June 2026, HSI provided PayPal subscriber information for ALTIZER which revealed transactions to the Philippines. Several transactions are labelled by ALTIZER as “Gift”, “Graduation”, “For You :)” and “Hi this is John”. These transactions are sent to accounts in the Philippines and other non-U.S. locations.

## BACKGROUND CONCERNING SKYPE

20. In my training and experience, I have learned that Skype is a telecommunications software company that offers Voice over Internet Protocol (VoIP) services. A VoIP service, generally speaking, allows users to communicate through voice calls, similar to the use of traditional phone systems. However, where traditional phone systems use circuit-switched telephones which rely on phone lines that are connected to the Public Switched Telephone Network (PSTN), VoIP services use the Internet, and users must have specific hardware which facilitates the communication.

21. Skype offers a greater breadth of communication services than many VoIP service providers. Specifically, Skype allows users to communicate not only through voice calls, but also video chat, text messages, image and file exchanges, video messages, and multi-person conference calls. Users can sign up for an account and access Skype services directly through the Skype website; alternatively, users can download the Skype application, which allows them to access Skype services from computers, tablets, cellular phones, certain televisions, and other electronic devices.

22. Skype offers the basic communication services, as described above, to the general public free of charge. With the free service, users can communicate with other users who also operate the Skype application. For a fee, users can expand the use of the service by using it to communicate with non-Skype users. Specifically, the paid service



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

allows users to communicate through voice calls to traditional PTSN users, and through voice calls and text messages to cellular telephone users.

23. In my training and experience, I know that VoIP service providers generally ask their users to provide certain personal identifying information when registering for an account. Such information can include the user's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on my training and my experience, I know that even if subscribers insert false information to conceal their identity, this information often provides clues to their identity, location or illicit activities.

24. In my training and experience, I know that VoIP service providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, VoIP service providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

25. In my training and experience, I know that in some cases, VoIP account users will communicate directly with the VoIP service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. VoIP providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications. In my training



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

26. As explained herein, information stored in connection with VoIP account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element, or alternatively, to exclude the innocent from further suspicion. In my training and experience, the information stored in connection with a VoIP account can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, VoIP communications, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time. Further, information maintained by a VoIP provider can show how and when the account was accessed or used. For example, as described above, VoIP providers typically log the Internet Protocol (IP) addresses from which users access the VoIP account along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the VoIP account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (e.g., location information integrated into an image or video sent via email). Last, stored electronic data may provide relevant insight into the account owner's state of mind as it relates to the offense under investigation. For example, information in the email account may indicate the owner's motive and intent to commit a crime (e.g., communications relating to the crime), or consciousness of guilt (e.g.z, deleting communications in an effort to conceal them from law enforcement)

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

27. Pursuant to Title 18, United States Code, Section 2703(g), this application and affidavit for a search warrant seeks authorization to permit Skype, and its agents and employees, to assist agents in the execution of this warrant. Once issued, the search warrant will be presented to Skype with direction that it identify the Skype account described in Attachment A to this affidavit, as well as other subscriber and log records associated with the accounts, as set forth in Attachment B to this affidavit.

28. The search warrant will direct Skype to create an exact copy of the specified account and records.

29. I, and/or other law enforcement personnel will thereafter review the copy of the electronically stored data, and identify from among that content those items that come within the items identified in Attachment B, for seizure.

30. Analyzing the data contained in the forensic image may require special technical skills, equipment, and software. It could also be very time-consuming. Searching by keywords, for example, can yield thousands of "hits," each of which must then be reviewed in context by the examiner to determine whether the data is within the scope of the warrant. Merely finding a relevant "hit" does not end the review process. Keywords used originally need to be modified continuously, based on interim results. Certain file formats, moreover, do not lend themselves to keyword searches, as keywords, search text, and many common e-mail, database and spreadsheet applications do not store data as searchable text. The data may be saved, instead, in proprietary non-text format. And, as the volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases, as well. Consistent with the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months. All forensic analysis of the data will employ only those search protocols and methodologies reasonably designed to identify and seize the items identified in Attachment B to the warrant.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

31. Based on my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize a variety of e-mail communications, chat logs and documents, that identify any users of the subject account and e-mails sent or received in temporal proximity to incriminating e-mails that provide context to the incriminating communications.

32. Based on my training and experience, to find relevant attribution evidence related to the identity of the person(s) who used or accessed an account, it is important to search and potentially seize items from the account opening date to present. There is often important attribution evidence that does not come from the same time as the offense(s). If a TARGET ACCOUNT is trying to conceal his true identity, attribution evidence may come from one or more instances where the TARGET ACCOUNT made a mistake. It is necessary to search a broad timeframe to encompass any such mistakes. Because individuals who commit the types of offenses under investigation often use false names or stolen identities, it is important to search for attribution evidence throughout the timeframe of the account, even if there is some evidence of a person who may be associated with the account. Searching a broad timeframe may allow investigators to confirm the true identity of a suspect, or alternatively it may reveal exculpatory evidence suggesting that a person's identity was being used by someone else. In my training and experience, an online account may be used by multiple people who are working together or related to each other in some way, but an online account does not typically change ownership from an original owner to a stranger, because they do not generally have intrinsic value like a smartphone or computer. Instead, an individual who wants an online account can simply open a new account for himself. Therefore, evidence from other periods is relevant in determining who used an account at the time of the offense(s). For all of these reasons, attribution evidence from the account opening date to present is likely to be relevant evidence of the identity of the person(s) committing the crimes under investigation.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

33. Based on the forgoing, I request that the Court issue the proposed search warrant. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is a district court of the United States "in or for a district in which the provider of a wire or electronic communication service is located or in which the wire or electronic communications, records, or other information are stored." 18 U.S.C. § 2711(3)(A)(ii). Pursuant to 18 U.S.C. § 2703(g), the government will execute this warrant by serving the warrant on Skype. Because the warrant will be served on Skype, who will then compile the requested records and data, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night. Accordingly, by this Affidavit and Warrant, I seek authority for the government to search all of the items specified in Attachment B (attached hereto and incorporated by reference herein) to the Warrant, and specifically to seize all of the data, documents and records that are identified in that same Attachment.

KLEY.ANDREW.PATRICK.1034837305
Digitally signed by KLEY.ANDREW.PATRICK.1034837305
Date: 2026.06.29 17:23:19 +02'00'

Andrew Kley, Affiant
Special Agent
DA Criminal Investigation Division

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by reliable electronic means this 30th day of June, 2026

BRIAN A. TSUCHIDA
United States Magistrate Judge

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information (including that preserved by Microsoft Corporation USA, under preservation record number LNS-1793360-J4D5G1), associated with Skype account User IDs live:.cid.6cb4ae23d6361ad0, live:bf0d25395a59f936, phone number +4917664686883, and email: traltizer@gmail.com, that are stored at premises owned, maintained, controlled, or operated by Microsoft Corporation USA, a company headquartered in Redmond, Washington.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B

## Particular Things to be Seized

**I. Information to be disclosed by Microsoft Corporation USA ("Microsoft")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Microsoft, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Microsoft, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Microsoft is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) Skype username's Contact/Buddy List and all activity logs for the account and all other documents showing the user's chats and other Skype activities, including SMS historical detail records

(c) Skype username's Chat/Media content and all photos and videos uploaded by that user ID, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information, including Billing Address and Payment Method/Instrument Data; contact lists, including the groups and networks



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

of which the user is a member, and information about the user's access and use of the Skype application;

(e) Skype Number Service History: List of Skype Number(s) subscribed to by a user;

(f) Skype Out Records: Historical call detail records for calls placed to the public switched telephone network (PSTN);

(g) Skype Number Records: Historical call detail records for calls received from the public switched telephone network (PSTN);

(h) E-mail & Password Records: Historical record of e-mail and password change activity;

(i) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(j) All other records and contents of communications and messages made or received by the user from 11 Aug 22 to 30 Sep 22, including all activity, private messages, chat history, video and voice calling history;

(k) All other location information;

(l) All IP logs, including all records of the IP addresses that logged into the account;

(m) The types of service(s) utilized by the user;



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

(n) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o) All privacy settings and other account settings;

(p) All records pertaining to communications between Microsoft and any person regarding the user or the user's Skype account, including contacts with support services and records of actions taken;

Microsoft is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

**II. Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations or attempted violations of 18 U.S.C. § 2422(b) (Enticement of a Minor), 18 U.S.C. §§ 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct) and 2423(c) (Engaging in Illicit Sexual Conduct in a Foreign Place)committed between August 2022 and September 2022:

(a) Communications related to the sexual abuse or exploitation of minors or evidencing a sexualized interest in minors

(b) Photos, videos, or audio recordings of minors

(c) Evidence indicating how and when the Skype account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Skype account owner;



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

(d) Evidence indicating the Skype account owner's state of mind as it relates to the crimes under investigation;

(e) The identity of the person(s) who created or used the user ID, including records registration details, Billing Address: user-provided billing addresses, and Payment Method/Instrument Data that help reveal the identities of such person(s).

(f) All logs, including IP address logs associated with the creation and use of the Skype account.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, DACID may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970